COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     UNICO Retail, LLC and Ricardo Valentini v. Edry B & K -11, GP, a Texas general partnership and Walter E. Salek, individually

Appellate case number:    01-21-00642-CV

Trial court case number:   2021-33085

Trial court:                55th District Court of Harris County

Appellants UNICO Retail, LLC and Ricardo Valentini have filed a motion to dismiss this interlocutory appeal, which was set for submission with oral argument on September 14, 2022. The certificate of conference states that counsel for appellants has conferred with counsel for appellees, who indicated that the appellees are unopposed.

The Court requests a response to this motion indicating whether dismissal of this interlocutory appeal "would prevent [the appellees] from seeking relief to which [they] would otherwise be entitled." *See* TEX. R. APP. P. 42.1(a)(1). The appellees' response is **due Wednesday, August 31, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                 ☑ Acting individually    □ Acting for the Court

Date: ___August 26, 2022__